IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY | : : | |
| Plaintiff | : : | No. 1:13-cv-2932 |
| v. | : : | (Judge Kane) |
| JAMES R. GINGRICH, INC., et al. | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 14th day of May 2014, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for service of summons and complaint by United States marshal or deputy marshal and to extend the time for service of the summons and complaint (Doc. No. 15) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's motion for service of summons and complaint by United States Marshal or Deputy Marshal is **DENIED**;

2. Plaintiff's motion to extend the time for service of the summons and complaint is **GRANTED**. Plaintiff will have twenty days from the date of this order to effectuate proper service on Defendants in accordance with the Federal Rules of Civil Procedure.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania